**I IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NICOLE SAULINO,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-4478** |
| | : | |
| **WELLS FARGO BANK, N.A., *et al*.,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this 26th day of October 2026, upon consideration of Plaintiff Nicole Saulino's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 8), *pro se* First Amended Complaint, Emergency Motion for a Temporary Restraining Order, Omnibus Injunction, and Appointment of a Guardian Ad Litem (ECF No. 11), and Motion to Appoint Counsel (ECF No. 12), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* (ECF No. 8) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Clerk of Court is **DIRECTED** to **CHANGE** the title of ECF No. 11 from "Emergency Motion by Pro Se Plaintiff Nicole Saulino for a Temporary Restraining Order, Omnibus Injunction and Appointment of a Guardian Ad Litem" **TO** "First Amended Complaint and Emergency Motion for a Temporary Restraining Order, Omnibus Injunction, and Appointment of a Guardian Ad Litem filed by Plaintiff Nicole Saulino."

3. The First Amended Complaint (ECF No. 11) is **DEEMED** filed.

4. The Clerk of Court is **DIRECTED** to **ADD** the following Defendants:

   a. The State of Pennsylvania

   b. County Court Administrations

   c. State Farm Insurance

d. The Pennsylvania Department of Education

e. The Pennsylvania Department of Labor & Industry

f. The Pennsylvania Department of Human Services

g. Aetna Life Insurance Company

h. Does 1-100

i. Christopher Saulino

j. John Saulino

5. Saulino's First Amended Complaint (ECF No. 11) is **DISMISSED WITH PREJUDICE**, for the reasons stated in the Court's accompanying Memorandum.

6. Saulino's Emergency Motion for a Temporary Restraining Order, Omnibus Injunction, and Appointment of a Guardian Ad Litem (ECF No. 11) is **DENIED.**

7. Saulino's Motion to Appoint Counsel (ECF No. 12) is **DENIED.**

8. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ John Milton Younge*

**JOHN MILTON YOUNGE, J.**